Gunther SIEGEL, Appellant,

v.

Thomas W. PIPER, Appellee.

No. 2007–1382.

United States Court of Appeals,
Federal Circuit.

Nov. 26, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

TRADECARD, INC., Plaintiff–
Appellant,

v.

S1 CORPORATION, Defendant–
Appellee,

and

Bank of America, National Association,
Defendant–Appellee.

No. 2008–1044.

United States Court of Appeals,
Federal Circuit.

Nov. 26, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).